554

958 A.2d 1043

**DOLLAR BANK LEASING CORP., Respondent**

v.

**KITTANNING COUNTRY CLUB, a Pennsylvania Non–Stock Corporation, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 16, 2008.

## ORDER

PER CURIAM.

AND NOW, this 16th day of October, 2008, the Petition for Allowance of Appeal is hereby DENIED. The Application to Dismiss as Moot and the Motion to Consolidate is DISMISSED AS MOOT.

Justice TODD did not participate in the consideration or decision of this matter.